IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TABBITHA LYNN HOSSNER, <br><br> Plaintiff, <br><br> vs. <br><br> USCIS OMAHA FIELD OFFICE, Immigration; <br><br> Defendant. | 8:21-CV-187 <br><br><br> **ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Michael D. Nelson (Filing 6) recommending that the above-captioned case be dismissed without prejudice for failure of service pursuant to Federal Rule of Civil Procedure 4(m). In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record. As Judge Nelson noted, the record shows that Plaintiff failed to serve Defendant with notice of this lawsuit. Filing 6 at 1. Judge Nelson issued a show-cause order, to which Plaintiff did not respond. Filing 6 at 1. Therefore, the Court adopts the findings and recommendation in its entirety. Accordingly,

IT IS ORDERED:

1. Magistrate Judge Nelson's Findings and Recommendation (Filing 6) is adopted in its entirety;

2. Plaintiff's Complaint (Filing 1) is dismissed without prejudice; and

3. The Court will enter a separate judgment.

Dated this 28th day of September, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge